| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>RODOLFO E. SALDIVIA<br>JOY A. SALDIVIA | Case No.:  16-26959<br><br>Adv. No.:<br><br>Hearing Date:  09/20/2017<br><br>Judge:  RG |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/08/2017, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
RODOLFO E. SALDIVIA
JOY A. SALDIVIA
491 GRACE AVE
GARFIELD, NJ  07026
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601
Mode of Service:  Regular Mail

---

Dated:  August 08, 2017

By:   /S/  Jackie Michaels
       Jackie Michaels