UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee



Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   RODOLFO E. SALDIVIA
   JOY A. SALDIVIA

Case No.:  16-26959 RG

Hearing Date:  9/20/2017

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 27, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): RODOLFO E. SALDIVIA
JOY A. SALDIVIA

Case No.: 16-26959

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/20/2017 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.