| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    RODOLFO E. SALDIVIA<br>    JOY A. SALDIVIA |

Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-26959 RG

Hearing Date:  9/20/2017

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 27, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): RODOLFO E. SALDIVIA
JOY A. SALDIVIA

Case No.: 16-26959

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/20/2017 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Rodolfo E. Saldivia  
Joy A. Saldivia  
    Debtors

Case No. 16-26959-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2017.  
db/jdb        +Rodolfo E. Saldivia,    Joy A. Saldivia,    491 Grace Ave,    Garfield, NJ 07026-2015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2017 at the address(es) listed below:  
        Andrew M. Lubin     on behalf of Creditor     Wells Fargo Bank, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Brian C. Nicholas     on behalf of Creditor     Toyota Lease Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Francesca Ann Arcure     on behalf of Creditor     Toyota Motor Credit Corporation nj_ecf_notices@buckleymadole.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        Russell L. Low     on behalf of Joint Debtor Joy A. Saldivia rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        Russell L. Low     on behalf of Debtor Rodolfo E. Saldivia rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

                                                                                                TOTAL: 6