RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
#### Chapter 13 Case # 16-26959

| Re: | RODOLFO E. SALDIVIA | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
| | JOY A. SALDIVIA | | LOW & LOW ESQS |
| | 491 GRACE AVE | | 505 MAIN STREET, SUITE 304 |
| | GARFIELD, NJ 07026 | | HACKENSACK, NJ 07601 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $5,400.00**

## RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/14/2016 | $150.00 | 3472390000 - | 11/28/2016 | $150.00 | 3504268000 - |
| 01/03/2017 | $150.00 | 3591971000 - | 02/06/2017 | $150.00 | 3693983000 - |
| 03/06/2017 | $150.00 | 3777069000 - | 05/08/2017 | $150.00 | 3946413000 - |
| 06/12/2017 | $150.00 | 4038071000 - | 07/14/2017 | $150.00 | 4122401000 - |
| 08/14/2017 | $150.00 | 4204189000 - | 08/14/2017 | $150.00 | 4205142000 - |
| 08/16/2017 | $150.00 | 4207618000 - | 09/07/2017 | $150.00 | 4268393000 - |
| 10/06/2017 | $150.00 | 4344417000 - | 11/13/2017 | $150.00 | 4440591000 - |
| 12/28/2017 | $150.00 | 4547939000 - | | | |

**Total Receipts: $2,250.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,250.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 126.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 1,981.95 | 518.05 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BIO REFERENCE LAB | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 9,025.86 | * | 0.00 | |
| 0004 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | COMENITY BANK/AVENUE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | DISCOVER PERSONAL LOAN | UNSECURED | 10,316.80 | * | 0.00 | |
| 0010 | DISCOVER BANK | UNSECURED | 10,280.39 | * | 0.00 | |
| 0012 | HACKENSACK NON-INVASIVE VASCULA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | HACKENSACK UNIVERSITY MEDICAL | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | JEFFERSON CAPITAL SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | DAIMLER TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0017 | MERCEDES-BENZ FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNVB/WALMART | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 16-26959**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0020 | MIDLAND FUNDING LLC | UNSECURED | 1,664.70 | * | 0.00 | |
| 0021 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 1,546.15 | * | 0.00 | |
| 0022 | TOYOTA MOTOR CREDIT CO | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0023 | AMERICAN INFOSOURCE LP | UNSECURED | 257.14 | * | 0.00 | |
| 0024 | WELLS FARGO BANK NA | MORTGAGE ARRE | 1,619.67 | 100.00% | 0.00 | |
| 0025 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | DISCOVER BANK | UNSECURED | 9,598.11 | * | 0.00 | |
| 0030 | HACKENSACK UNIVERSITY MEDICAL CE | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0032 | MIDLAND FUNDING LLC | UNSECURED | 597.38 | * | 0.00 | |

**Total Paid: $2,108.85**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 10, 2018.

Receipts: $2,250.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,108.85    =    Funds on Hand: $141.15

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.