## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−26959−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodolfo E. Saldivia  
491 Grace Ave  
Garfield, NJ 07026

Joy A. Saldivia  
491 Grace Ave  
Garfield, NJ 07026

Social Security No.:
xxx−xx−5498            xxx−xx−2499

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 09:00 AM

to consider and act upon the following:

*28* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/9/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*30* – Certification in Opposition to (related document:23 Trustee's Motion to Dismiss Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause. Filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. Hearing scheduled for 9/20/2017 at 9:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 TMG/TMO RECONVERT/DISMISS − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Joy A. Saldivia, Rodolfo E. Saldivia. (Low, Russell)

Dated: 8/16/18

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court