Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−26959−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Rodolfo E. Saldivia                       Joy A. Saldivia
   491 Grace Ave                           491 Grace Ave
   Garfield, NJ 07026                    Garfield, NJ 07026

Social Security No.:
   xxx−xx−5498                             xxx−xx−2499

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/1/19 at 10:00 AM

to consider and act upon the following:

*36* − Certification in Opposition to (related document:35 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Joy A. Saldivia, Rodolfo E. Saldivia. (Low, Russell)

Dated: 4/8/19

                                                                     Jeanne Naughton
                                                                     Clerk, U.S. Bankruptcy Court