Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−26959−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodolfo E. Saldivia
491 Grace Ave
Garfield, NJ 07026

Joy A. Saldivia
491 Grace Ave
Garfield, NJ 07026

Social Security No.:
xxx−xx−5498                                      xxx−xx−2499

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/1/19 at 10:00 AM

to consider and act upon the following:

*36* − Certification in Opposition to (related document:35 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Joy A. Saldivia, Rodolfo E. Saldivia. (Low, Russell)

Dated: 4/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Rodolfo E. Saldivia  
Joy A. Saldivia  
    Debtors

Case No. 16-26959-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 08, 2019  
                     Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.  
db/jdb       +Rodolfo E. Saldivia,    Joy A. Saldivia,    491 Grace Ave,    Garfield, NJ 07026-2015  
cr           +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 00:10:28      Synchrony Bank,  
             c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605  
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:  
               Andrew M. Lubin     on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,  
                alubin@milsteadlaw.com  
             Brian C. Nicholas     on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,  
                bkgroup@kmllawgroup.com  
             Francesca Ann Arcure     on behalf of Creditor    Toyota Motor Credit Corporation  
                NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com  
             Marie-Ann Greenberg     magecf@magtrustee.com  
             Russell L. Low     on behalf of Debtor Rodolfo E. Saldivia rbear611@aol.com,  
                ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
             Russell L. Low     on behalf of Joint Debtor Joy A. Saldivia rbear611@aol.com,  
                ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                                     TOTAL: 6