Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16–26959–RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Rodolfo E. Saldivia                           Joy A. Saldivia
   491 Grace Ave                                 491 Grace Ave
   Garfield, NJ 07026                        Garfield, NJ 07026

Social Security No.:
   xxx–xx–5498                                    xxx–xx–2499

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/2/19 at 10:00 AM

to consider and act upon the following:

*41* – Certification in Opposition to (related document:39 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 9/2/2019. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie–Ann Greenberg) filed by Russell L. Low on behalf of Joy A. Saldivia, Rodolfo E. Saldivia. (Low, Russell)

Dated: 9/3/19

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court