Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 16−26959−RG
                          Chapter: 13
                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rodolfo E. Saldivia | Joy A. Saldivia |
| 491 Grace Ave | 491 Grace Ave |
| Garfield, NJ 07026 | Garfield, NJ 07026 |

Social Security No.:
  xxx−xx−5498                                             xxx−xx−2499

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 13, 2019</u>                     <u>Rosemary Gambardella</u>
                                                         Judge, United States Bankruptcy Court